ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
VINCENT Q. KIRBY
Assistant U.S. Attorney
Arizona State Bar No. 006377
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Vincent.Kirby@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-15-50201-PHX-DGC |
| Plaintiff, | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE TERM** |
| vs. | |
| Robert Wood, III, | |
| Defendant. | |

The government strongly objects to any termination of his supervised release at this time, which is only 21 months into his court-ordered supervision of 60 months. The supervising probation officer also objects to the early termination request.

In this case, the defendant was convicted in the Eastern District of Missouri of the crimes of Count 1 Conspiracy to Distribute Cocaine and Count 2 Conspiracy to Commit Money Laundering. He faced a Guideline Range of 360 to Life based on the amount of drugs involved and his Criminal History of VI. (PSR ¶ 87.) He was also subject to a statutory minimum of ten years in prison. (PSR ¶ 86.) Originally, he was sentenced to 120 months of custody but that was later amended to ten months. He was ordered to serve five years of supervised release on Count 1 and two years on Count 4. Supervision began on July 17, 2015.

At the time that the defendant committed the underlying crime he was on supervised release again out of the Eastern District of Missouri for the crime of Count 1 Conspiracy

to Distribute Marijuana, Cocaine and Cocaine Base and Count 6 Possession with Intent to Distribute Cocaine - CR-96-00114-ERW.  (PSR ¶ 57.)  He received 120 months of confinement in BOP along with five years of supervised release.  He was described as the leader/organizer of that 1996 conspiracy. (PSR ¶ 59.)   That supervision started on December 26, 2004 and the conspiracy in the instant case began in January 2005.  The supervision in CR-96-00114-ERW was revoked based on the instant conviction and he was sentenced to 60-months in custody. (PSR ¶ 60.)

The defendant's criminal history includes convictions for Possession of a Controlled Substance in 1989; Assault Second Degree in 1989 involving a shooting; a 1990 Conspiracy to Commit Robbery Second Degree again involving a weapon; Possession of a Controlled Substance in 1991 as well as the 1996 Conspiracy to Distribute Cocaine described above.  (PSR ¶¶ 41, 45, 49 53, and 57.)  His probation terms in all of those cases were revoked except for the 1991 Possession case.

In the instant case, the defendant was distributing eight to ten multi-kilogram cocaine shipments to the St. Louis area up to a total of 120 kilograms from the start of his supervised release term. (PSR ¶ 13-14.)  Similar to his 1996 conviction, the defendant was found the most culpable of the conspirators that included a local police department sergeant and was assessed a 4-level enhancement to his Guideline calculation as the leader/organizer.  (PSR ¶¶ 23, 18 and 33.)

According to the probation officer, the defendant has not worked for anyone other than himself.  He has yet to submit paperwork to the probation department establishing that RJW Investments is a legitimate company.  It is the assessment of the supervising probation officer that this "business" is more of a hobby than a full time business.  The officer was also unaware of the defendant's claim that he has volunteered time at homeless shelters and food banks.

Furthermore, there have been no issues with approving the defendant's travels in a timely manner.  He has frequently been approved to return to St. Louis to visit family and

has even been allowed to travel to Tennessee for business purposes.

The government submits that based on his committing the current offenses shortly after the start of his earlier supervised release and the lack of stable employment that the Court should deny the Motion as premature.

Respectfully submitted this 22nd day of May 2017.

ELIZABETH A. STRANGE  
Acting United States Attorney  
District of Arizona  

*S/Vincent Q. Kirby*  
VINCENT Q. KIRBY  
Assistant U.S. Attorney