# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 15-50201-01-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Robert Wood III, | |
| Defendant. | |

Defendant's motion to terminate his supervised release is denied for reasons stated in Doc. 3.

Dated this 6th day of June, 2017.

_____
David G. Campbell
United States District Judge