WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States of America,

                Plaintiff,

v.

Robert Wood, III,

                Defendant.

No. CR-15-50201-01-PHX-DGC

**ORDER OF DETENTION**

A detention hearing in this matter was held on August 20, 2019.

The Court Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

Defendant traveled outside of Arizona on two occasions. On December 12, 2018, Defendant traveled to Texas. When asked on December 13 about his travel, he lied to his probation officer. On February 6, 2019, Defendant traveled to Oregon when he only had permission to travel to Washington. When asked about this travel, Defendant told his probation officer that he resided at a home in Shoreline, Washington. The Court previously found Petitioner violated his supervised release for similar conduct. Also, Petitioner has been charged with felony, fraud offenses in the Arizona state courts for conduct in June and July of 2017[1], which was prior to his current term of supervised release. Defendant has demonstrated a disregard for court orders and will not be honest with his probation

---

[1] Defendant commenced his first term of supervised release in the District of Arizona on July 17, 2015.

officer when discussing his conduct. Defendant's pending state charges demonstrate that he poses a greater risk to commit offenses while on supervised release. Defendant has not established by clear and convincing evidence that he is not a danger to the community.

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 21st day of August, 2019.

Honorable John Z. Boyle
United States Magistrate Judge